UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
**HOPE MARIAN REDINGER**,                                    :
                                                             :
              Plaintiff,    :
                                                             :  **MEMORANDUM DECISION AND**
      – against –                  :  **ORDER**
                                                             :
                                                             :  20-CV-1685 (AMD) (RML)
**THE ART OF EDIBLES**,                                      :
                                                             :
              Defendant.   :
                                                             :
------------------------------------------------------------ X

**ANN M. DONNELLY**, United States District Judge:

The plaintiff filed this copyright action against the defendant on April 2, 2020. (ECF No. 1.) The defendant, a California corporation, was served on April 13, 2020. (ECF No. 6.) The clerk issued a certificate of default by the defendant on August 14, 2020. (ECF No. 9.)

The plaintiff filed a motion for default on October 8, 2020, and I referred the motion to Magistrate Judge Levy on October 9, 2020. (ECF No. 11.)

Judge Levy issued a thorough report and recommendation on June 28, 2021, in which he recommends that the plaintiff's motion be granted as to liability, that the plaintiff be awarded $375 in actual damages and $440 in costs and that the plaintiff's request for attorney's fees be denied. (ECF No. 18 at 11.) No party has filed an objection to Judge Levy's opinion, and the time to do so has passed.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). To accept those portions of the report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record." *VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014).

I have reviewed Judge Levy's well-reasoned and comprehensive report and recommendation carefully and find no error. Accordingly, I adopt the report and recommendation in its entirety. The Clerk of Court respectfully is directed to enter judgment in favor of the plaintiff.

**SO ORDERED**

                                                                                       s/Ann M. Donnelly
                                                                                       ANN M. DONNELLY
                                                                                       United States District Judge

Dated: Brooklyn, New York
       July 28, 2021